UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEPHEN H. GLAGOLA,

        Plaintiff,

                                              Case Number 03-10106-BC
v.                                             Honorable David M. Lawson

DIANE LYNNE GLAGOLA,

        Defendant.
                                                        /

## ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*

       This matter is before the Court on the plaintiff's motion for leave to proceed *in forma pauperis* on appeal of this Court's judgment dismissing the complaint in this case. On November 29, 2004, the Sixth Circuit issued an order affirming this Court, and the plaintiff's motion is now moot.

       Accordingly, it is **ORDERED** that the plaintiff's motion for leave to proceed *in forma pauperis* [dkt # 20] is **DENIED** as moot.

                                                    s/David M. Lawson
                                                    DAVID M. LAWSON
                                                    United States District Judge

Dated: September 13, 2005

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 13, 2005.

                               s/Tracy A. Jacobs
                               TRACY A. JACOBS